AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

PERRY GORDON

    Plaintiff(s)

        v.            **Civil Action No. 2:16-cv-35**

FRIENDS OF THE GARY PUBLIC LIBRARY INC.
  *also known as*
  Gary Public Library The *TERMINATED: 02/16/2017*
BOARD OF TRUSTEES OF FRIENDS OF THE
  GARY PUBLIC LIBRARY INC. *TERMINATED: 02/16/2017*
DIANA MORROW
OTIS RICHARDSON *TERMINATED: 02/16/2017*
SADIE SHEFFIELD *TERMINATED: 02/16/2017*
MARYANN CANTY-REEDUS *TERMINATED: 02/16/2017*
TYRELL ANDERSON *TERMINATED: 02/16/2017*
ROBERT BUGGS *TERMINATED: 02/16/2017*
MARY FELTON *TERMINATED: 02/16/2017*
PAULA NALLS *TERMINATED: 02/16/2017*
FREDDIE MCMILLION
SYLVESTER GREEN
UNKNOWN SUPERVISORS AND UNKNOWN
   BOARD MEMBERS *TERMINATED: 02/16/2017*
GARY PUBLIC LIBRARY

    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Judgment is entered in favor of Defendants, Diana Morrow, Freddie McMillion, Sylvester Green, and Gary Public Library and against Plaintiff, Perry Gordon.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by Judge <u>Joseph S. Van Bokkelen</u>

DATE: <u>May 7, 2018</u>       ROBERT TRGOVICH, CLERK OF COURT
                               by    /s/Jason Schrader
                               *Signature of Clerk or Deputy Clerk*